PROB 12B
(7/93)

Report Date: March 21, 2011

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 23 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Tye Wade Oien    Case Number: 2:06CR00117-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 03/26/2007    Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924    Date Supervision Commenced: 01/07/2009

Original Sentence: Prison - 30 Months; TSR - 36 Months    Date Supervision Expires: 01/06/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall complete 30 hours of community service work, at the rate of not less than 15 hours per month, at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than May 18, 2011.

## CAUSE

As a condition of the defendant's term of supervised release, he is required to submit to drug testing at a rate not to exceed six tests per month. Mr. Oien failed to report for his drug test on March 7, 2011. On March 8, 2011, he reported for drug testing at the U.S. Probation Office, and submitted a sample that was presumptive positive for methamphetamine. Alere Toxicology has confirmed that the sample provided was positive for methamphetamine.

Mr. Oien has agreed to return to drug treatment at his own expense. He has scheduled an assessment on March 24, 2011, through Lakeside. Further, as a consequence for failing to abstain from controlled substances, he has agreed to complete 30 hours of community service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/21/2011

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

Prob 12B
Re: Oien, Tye Wade
March 21, 2011
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

3/23/11
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19  You shall complete 30 hours of community service work, at the rate of not less than 15 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than May 18, 2011.

Witness: _____  Signed: _____
            Matthew L Thompson                        Tye Wade Oien
            U.S. Probation Officer                    Probationer or Supervised Releasee

                        March 18, 2011
                             Date