PROB 12C
(7/93)

Report Date: March 25, 2011

# United States District Court

## for the
## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 5 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Tye Wade Oien    Case Number: 2:06CR00117-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 03/26/2007

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924 | |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 01/07/2009 |
| Defense Attorney: | Christina Hunt | Date Supervision Expires: 01/06/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: According to incident report no. 11-087238, Mr. Oien was arrested on March 24, 2011, for possession of a controlled substance (methamphetamine), and third degree driving while license suspended. The report indicated the defendant gave consent to search his vehicle. During the search, the officer located a plastic baggie containing a white in color crystalline substance, which field tested positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/25/2011

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

Prob12C
Re: Oien, Tye Wade
March 25, 2011
Page 2

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/25/11
Date